UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-6632

DEMETRIC GRAY PEARSON,

Plaintiff - Appellant,

versus

STUART O. SIMMS, Secretary, D.P.S.C.S.;
CAPTAIN NEDER; STEVEN EDWARD ROACH; JEFF
NIMES; DAVID LANCASTER, Lieutenant; STEVE
ZOLLNER,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
02-3647-PJM)

Submitted:  June 12, 2003              Decided:  June 20, 2003

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Demetric Gray Pearson, Appellant Pro Se.  Gloria Wilson Shelton,
Joseph Frances Curran, Jr., OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Demetric Gray Pearson seeks to appeal a district court order requiring him to assist the court in effecting service of process. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order Pearson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>